UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                               Case No. 00-80541
                                                   HON. GEORGE CARAM STEEH

vs.

YUK RUNG TSANG,

        Defendant.
_____/

## ORDER OF CLARIFICATION

Defendant Yuk Rung Tsang has requested that the court clarify a protective order it issued in July of 2007. That order prohibited contact between defendants (and "their associates, friends, and family members") and jurors involved in the matter of <u>United States v. Yuk Rung Tsang et al.</u> (00-80541-Hon. George Caram Steeh) without prior written approval of the court. Tsang now asks if that order applies to "attorneys and/or officers of the court."

While the order does not specifically address such individuals, the court advises that attorneys and officers of the court shall follow any and all applicable laws, court orders, and ethical standards in engaging in any post-trial contact with jurors.

        IT IS SO ORDERED.

Dated: October 31, 2012

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and
on Yuk Rung Tsang #37357-053, FCI Fort Dix,
P. O. Box 2000, Fort Dix, NJ 08640 on
October 31, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk