UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 00-80541
HON. GEORGE CARAM STEEH

vs.

YUK RUNG TSANG,

    Defendant.
_____/

## ORDER REGARDING CONTACT WITH JURORS

Defendant Yuk Rung Tsang has filed a second request concerning a protective order the court issued in July of 2007. That order prohibited contact between defendants (and "their associates, friends, and family members") and jurors involved in the matter of United States v. Yuk Rung Tsang et al. (00-80541-Hon. George Caram Steeh) without prior written approval of the court. Tsang now asks if that order applies to "attorneys and/or officers of the court."

The court again advises that attorneys and officers of the court shall follow any and all applicable laws, court orders, and ethical standards in engaging in any post-trial contact with jurors. This order makes no recommendation to any juror concerning a decision to engage in such communication. The court will issue no further orders on this topic.

**IT IS SO ORDERED**.

Dated: December 4, 2012

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Yuk Rung Tsang #37357-053, FCI Fort Dix, P. O. Box 2000, Fort Dix, NJ 08640, on December 4, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk